

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00569-CV

**IN RE** April Marie **SINGER**,
Individually and as Trustee of the Singer Financial Management Trust

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Beth Watkins, Justice

Delivered and Filed: September 4, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On August 23, 2019, relator filed a petition for writ of mandamus and a motion for interim relief seeking a stay of the complained-of trial court order. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for interim relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019CI03145, styled *Robert C. Singer, III v. April Marie Singer, Individually and as Trustee of the Singer Financial Management Trust*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.